

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-437-CV

IN RE DAVID JOYNER                                  RELATOR

------------

### ORIGINAL PROCEEDING

------------

### MEMORANDUM OPINION[1]

------------

Because this court has been informed that the underlying criminal proceeding has been dismissed, Relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: January 19, 2010

---

[1] _See_ Tex. R. App. P. 47.4.